DANIEL BRODERICK, Bar # 89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Staff Attorney/Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VERNON J. OSBURG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 08-cr-0095-KJM |
|---|---|---|
| Plaintiff, | ) ) ) | AMENDED STIPULATION AND ORDER |
| v. | ) ) | Date:   TBD |
| VERNON J. OSBURG, | ) ) | Time:   10:00 a.m. |
| Defendant. | ) ) | Judge:  Hon. Kimberly J. Mueller |

THE PARTIES JOINTLY REQUEST AND STIPULATE through their respective counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Vernon J. Osburg, that the Court vacate the current pre-trial conference date of July 7, 2008 at 10:00 a.m. and the current trial date of July 8, 2008, at 10:00 a.m., and set a new trial date for July 22, 2008 at 10:00 a.m. The parties also jointly request that a pre-trial conference be set for July 17, 2008 at 10:00 a.m. with an order for the defendant to appear at that time.

The reason for this joint request is government witnesses, government co-counsel, Jennifer Davis, and government supervising counsel, S. Robert Tice-Raskin, have scheduling problems with the anticipated trial of this matter between July 8-10. The requested continuance will also allow defense counsel additional time to review new discovery produced on June 26, 2008, and to prepare an adequate defense. The parties further agree that the time period from the date of this order through July 22, 2008 shall be excluded to allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within

1  which trial must commence, the noted time period is deemed excludable pursuant to 18 U.S.C. §
2  3161(h)(8)(A), B(iv) [Local Code T4] because it results from a continuance granted by the judge at
3  defendant's request on the basis of the judge's finding that ends of justice served by taking such action
4  outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 3, 2008                                    Respectfully submitted,

                                                          DANIEL BRODERICK
                                                          Federal Defender

                                                          /s/ M.Petrik

                                                          MICHAEL PETRIK, JR.
                                                          Staff Attorney/Misdemeanor Unit
                                                          Attorneys for VERNON J. OSBURG

Dated:  July 3 , 2008                                  MCGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ S. Robert Tice-Raskin

                                                          S. ROBERT TICE-RASKIN
                                                          Assistant United States Attorney
                                                          [Read and Approved per L.R. 83-141]

                                                          /s/ Richard Shoemaker-Moyle

                                                          RICHARD SHOEMAKER-MOYLE
                                                          Certified Law Clerk

**ORDER**

Based on the representations of the parties, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(b)(iv), and Local Code T4 from the date of this order until July 22, 2008.

The dates set forth in the body of the stipulation are adopted and defendant is ordered to appear personally for pretrial conference on July 17, 2008 at 10:00 a.m. and thereafter for trial on July 22, 2008 at 10:00 a.m.

The current trial dates, including the dates currently set for hearing the motions in limine on July 7 and for proceedings with the jury on July 8, 2008, are hereby vacated.

**IT IS SO ORDERED.**

DATED: July 3, 2008.

_____
U.S. MAGISTRATE JUDGE