DAVID D. FISCHER, SBN 224900
Attorney for Defendant
1007 7th Street, Suite 303
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:             (916) 447-8601
E-Mail:       davefischer@yahoo.com

Attorney for Defendant
VERNON OSBURG

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VERNON OSBURG,<br><br>　　　　　　　Defendant. | CR. No. 2:08-cr-00095 KJM<br><br>**DEFENDANT'S STIPULATION FOR CONTINUANCE OF STATUTS CONFERENCE; AND ORDER**<br>DATE:　April 8, 2010<br>TIME:　10:00 a.m.<br>JUDGE:　KIMBERLY J. MUELLER |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Matthew C. Stegman, defendant Vernon Osburg, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for further status conference, March 4, 2010, at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller. The parties agree that the case may be set for further status conference on April 8, 2010, at 10:00 a.m. This stipulation has been reached because of the defense motion to continue this case for defense preparation.  The government does not oppose the motion.

The Court is advised that Ms. Eastman concurs with this request.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 8, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  March 2, 2010                            /s/ David D. Fischer
                                                  DAVID D. FISCHER
                                                  Attorney for Defendant
                                                  VERNON OSBURG

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Dated:  March 3, 2010                            By:  Robin Taylor for
                                                  MATTHEW C. STEGMAN
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is April 8, 2010, at 10:00 a.m.  The date of March 4, 2010, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further status conference on April 8, 2010, at 10:00 a.m.  The court finds excludable time in this matter through April 8, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective

defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local Code T4.

IT IS SO ORDERED

Dated: March 3, 2010.

_____
U.S. MAGISTRATE JUDGE