1  DAVID D. FISCHER, SBN 224900
   Attorney at Law
2  1007 7th Street, Suite 303
3  Sacramento, CA 95814
   Telephone:   (916) 447-8600
4  Fax:         (916) 447-8601
5  E-Mail:      davefischer@yahoo.com

6  Attorney for Defendant
7  VERNON OSBURG

8

9  **IN THE UNITED STATES OF DISTRICT COURT FOR THE**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:08-cr-00095 KJM |
| Plaintiff, | **DEFENDANT'S STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; AND ORDER** |
| v. | DATE:  May 6, 2010 |
| VERNON OSBURG, | TIME:  10:00 a.m. |
| Defendant. | JUDGE:  KIMBERLY J. MUELLER |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, and defendant Vernon Osburg, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for status conference, April 8, 2010, at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller. The parties agree that the case may be set for further status conference on May 6, 2010, at 10:00 a.m. This stipulation has been reached because of the defense motion to continue this case for defense preparation. The defense is in the process of obtaining the defendant's medical records and identifying potential witnesses for this case.

The Court is advised that the Government concurs with this request.

STIPULATION AND ORDER           - 1 -

The parties further agree and stipulate that the time period from the filing of this stipulation until May 6, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  April 7, 2010                    /s/ David D. Fischer
                                         DAVID D. FISCHER
                                         Attorney for Defendant
                                         VERNON OSBURG

                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated:  April 7, 2010          By:   _____

                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is May 6, 2010, at 10:00 a.m. The date of April 8, 2010, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further status conference on May 6, 2010, at 10:00 a.m. The court finds excludable time in this matter through May 6, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

STIPULATION AND ORDER                - 2 -

1 preparation. For the reasons stipulated by the parties, the Court finds that the interest of
2 justice served by granting the request outweigh the best interests of the public and the
3 defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local Code T4.

IT IS SO ORDERED

Dated: April 7, 2010.

_____
U.S. MAGISTRATE JUDGE