1  DAVID D. FISCHER, SBN 224900
   Attorney at Law
2  1007 7th Street, Suite 303
3  Sacramento, CA 95814
   Telephone:   (916) 447-8600
4  Fax:          (916) 447-8601
5  E-Mail:     davefischer@yahoo.com

6
   Attorney for Defendant
7  VERNON OSBURG

8

9              **IN THE UNITED STATES OF DISTRICT COURT FOR THE**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

12 | UNITED STATES OF AMERICA, | CR. No. 2:08-cr-00095 KJM |
13 | Plaintiff, | **DEFENDANT'S STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; AND ORDER** |
14 | v. | DATE: June 10, 2010 |
15 | VERNON OSBURG, | TIME: 10:00 a.m. |
16 | | JUDGE: KIMBERLY J. MUELLER |
17 | Defendant. | |

18

19                              **STIPULATION**

20      Plaintiff, United States of America, by and through its counsel, and defendant
21 Vernon Osburg, by and through his counsel, David D. Fischer, agree and stipulate to
22 vacate the date set for status conference, May 6, 2010, at 10:00 a.m., in the courtroom of
23 the Honorable Kimberly J. Mueller. The parties agree that the case may be set for further
24 status conference on June 10, 2010, at 10:00 a.m. This stipulation has been reached
25 because of the defense motion to continue this case for defense preparation.  The
26 defense is still in the process of obtaining the defendant's medical records and
27 identifying potential witnesses for this case.
28      The Court is advised that the Government concurs with this request.

STIPULATION AND ORDER            - 1 -

The parties further agree and stipulate that the time period from the filing of this stipulation until June 10, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 4, 2010                     /s/ David D. Fischer
                                       DAVID D. FISCHER
                                       Attorney for Defendant
                                       VERNON OSBURG

                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated: May 5, 2010           By:   /s/ Michael Anderson    for:
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is June 10, 2010, at 10:00 a.m.  The date of May 6, 2010, at 10:00 a.m. is VACATED; and the above-captioned matter is set for further status conference on June 10, 2010, at 10:00 a.m.  The court finds excludable time in this matter through June 10, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective

1 | defense preparation.  For the reasons stipulated by the parties, the Court finds that the
2 | interest of justice served by granting the request outweigh the best interests of the public
3 | and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local
4 | Code T4.
5 | IT IS SO ORDERED
6 | Dated: May 5, 2010.

_____
U.S. MAGISTRATE JUDGE